Andrea Rosa, State Bar No. 122658
**THE ROSA LAW GROUP**
9245 Laguna Springs Drive, Suite 175
Elk Grove, CA  95758
Telephone: 916-647-9425
Facsimile:  916-667-9558
andrea.rosa@therosalawgroup.com

David Graulich, State Bar No. 260515
**LAW PRACTICE OF DAVID GRAULICH**
P.O. Box 2041
Fair Oaks, CA 95628
Telephone: 916-966-9600
david@wrongedatwork.com

Attorneys for Plaintiff
**Demetria Westmoreland**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Demetria Westmoreland,**<br><br>Plaintiff,<br><br>v.<br><br>**The Regents of the University of California, Sharon Schmitt, Pamela Williams, David Herchberger, Greg Davis,** and **Does 1 through 10,** inclusive,<br><br>Defendants. | Case No. 2:17-CV-01922-TLN-AC<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN CAUSES OF ACTION AGAINST DEFENDANTS HERCHBERGER AND DAVIS**<br><br>Action Filed:  June 22, 2017 |

TO THE HONORABLE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The parties stipulate and agree to dismiss the First, Second, Fourth, Fifth, Sixth and Seventh causes of action under Federal Rule Civil Procedure 41(a)(1)(A)(ii) against individual Defendants

- 1 -
**STIPULATION; ORDER**

David Herchberger ("Herchberger") and Greg Davis ("Davis").

1. Plaintiff is Demetria Westmoreland ("Plaintiff"). Defendants are The Regents of the University of California, Sharon Schmitt, Pamela Williams, David Herchberger and Greg Davis ("Defendants").

2. On June 22, 2017, Plaintiff filed a Complaint in the above-entitled court against all Defendants, including individual Defendants Herchberger and Davis. Plaintiff sued Defendants asserting the following claims:

   a. First Cause of Action - Retaliation for Engaging in Protected Activities in Violation of the Fair Employment and Housing Act ("FEHA");
   
   b. Second Cause of Action – Discrimination Based on Race in Violation of FEHA;
   
   c. Third Cause of Action – Defamation;
   
   d. Fourth Cause of Action – Retaliation in Violation of Family Medical Leave Act ("FMLA");
   
   e. Fifth Cause of Action – Discrimination Based on Taking FMLA Leave;
   
   f. Sixth Cause of Action – Discrimination Based on Taking California Family Rights Act ("CFRA") Leave;
   
   g. Seventh Cause of Action – Aiding and Abetting Conduct forbidden by the FEHA; and
   
   h. Eighth Cause of Action – Intentional Infliction of Emotional Distress

3. Plaintiff moves to dismiss only the First, Second, Fourth, Fifth, Sixth and Seventh causes of action against individual Defendants Herchberger and Davis.

4. Defendants Herchberger and Davis, who have served an answer, agree to the dismissal.

5. This case is not a class action under the Federal Rules of Civil Procedure, Rule 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. This case is not governed by any federal statute that requires a court order for dismissal

of the above causes of action.

7. Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

8. This dismissal is made with prejudice.

9. Each party agrees to bear his/her/its own costs, attorney's fees, and expenses.

**IT IS SO STIPULATED.**

Dated: October 18, 2018                                  THE ROSA LAW GROUP

By: /s/ Andrea Rosa (as authorized 10/18/18)
    Andrea Rosa, Attorney for Plaintiff
    DEMETRIA WESTMORELAND

Dated: October 19, 2018                                  DELFINO MADDEN O'MALLEY
                                                         COYLE & KOEWLER, LLP

By: /s/ Jennifer Randlett Madden
    Jennifer Randlett Madden, Attorney for
    Defendants DAVID HERCHBERGER
    and GREG DAVIS

**STIPULATION; ORDER**

# ORDER

Pursuant to the joint stipulation of the Parties, and good cause appearing, it is hereby ordered:

1. The First Cause of Action for Retaliation for Engaging in Protected Activities in Violation of the Fair Employment and Housing Act ("FEHA") is dismissed with prejudice against individual Defendants David Herchberger and Greg Davis;

2. The Second Cause of Action for Discrimination Based on Race in Violation of FEHA is dismissed with prejudice against individual Defendants David Herchberger and Greg Davis;

3. The Fourth Cause of Action for Retaliation in Violation of Family Medical Leave Act ("FMLA") is dismissed with prejudice against individual Defendants David Herchberger and Greg Davis;

4. The Fifth Cause of Action for Discrimination Based on Taking FMLA Leave is dismissed with prejudice against individual Defendants David Herchberger and Greg Davis;;

5. The Sixth Cause of Action for Discrimination Based on Taking California Family Rights Act ("CFRA") Leave is dismissed with prejudice against individual Defendants David Herchberger and Greg Davis; and

6. The Seventh Cause of Action for Aiding and Abetting Conduct forbidden by the FEHA is dismissed with prejudice against individual Defendants David Herchberger and Greg Davis.

**IT IS SO ORDERED.**

Dated: November 14, 2018

_____
Troy L. Nunley
United States District Judge