UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIA WESTMORELAND,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br><br>Defendants. | No. 2:17-cv-01922-TLN-AC<br><br><br><br>ORDER |

On June 25, 2019, defendants filed an ex parte application for an order to extend the current discovery deadline in this case from July 2, 2019 to July 9, 2019, in order to accommodate the deposition of a key witness who was previously unavailable for medical reasons. ECF No. 23. Separately, on June 26, 2019, the court attempted to hold an informal telephone conference with the parties regarding a discovery dispute over defendants' request for production of certain of plaintiff's telephone records. ECF No. 24. However, all parties did not consent to the informal resolution process, and the conference was cancelled. Id.

In light of these events, the court finds it appropriate to modify the scheduling order as follows:

/////

/////

1

1. Defendants' application to extend the discovery deadline to depose the witness in question is GRANTED. Defendants shall have until and including July 9, 2019, to take the specified witness's deposition.
2. The discovery deadline is extended until July 31, 2019, solely for the purpose of hearing any motion to compel that defendants may choose to file regarding production of plaintiff's telephone billing records. The July 2, 2019, discovery deadline otherwise remains in effect. All other scheduling deadlines in this case remain in place.

IT IS SO ORDERED.

DATED: June 26, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE